UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RUDOLPH BETANCOURT,<br>    Plaintiff,<br>vs.<br><br>VINCENT BONURA and VALUE TIRE LLC,<br>    Defendants. | Case No: 23-cv-62355-AMC |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, VINCENT BONURA and VALUE TIRE LLC, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ William G. Salim, Jr. |
| Glenn R. Goldstein (FBN: 55873) | WILLIAM G. SALIM, JR., P.A. |
| *Attorney for Plaintiff* | Attorneys for Defendants |
| Glenn R. Goldstein & Assoc., PLLC | 1000 Corporate Drive, Suite 330 |
| 8101 Biscayne Blvd., Ste. 504 | Fort Lauderdale, FL 33334 |
| Miami, Florida 33138 | Telephone: (954) 491-2000 |
| 561.573.2106 | E-mail: wsalim@wgsjrlaw.com |
| GGoldstein@G2Legal.net | cleibovitz@wgsjrlaw.com |

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com