UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

VINCENT BONURA and VALUE TIRE LLC,
    Defendants.

Case No: 23-cv-62355-AMC

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, VINCENT BONURA and VALUE TIRE LLC, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendants, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ William G. Salim, Jr.
WILLIAM G. SALIM, JR., P.A. (FBN: 750379)
*Attorney for Defendants*
1000 Corporate Drive, Suite 330
Fort Lauderdale, FL 33334
Telephone: (954) 491-2000
E-mail: wsalim@wgsjrlaw.com
cleibovitz@wgsjrlaw.com

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com